# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

   v.                                   Case No. 16-CR-35

DONALD S. HARDEN,

      Defendant.

---

### ORDER DENYING AMENDED MOTION FOR EXTENSION OF TIME

---

For the reasons stated in this court's previous order of October 8, 2019, Harden's request must be denied as this court lacks the authority to grant the extension requested. *United States v. Stewarts*, No. 08-30129–DRH, 2010 WL 2045008, *1 (S.D. Ill. May 24, 2010).

Harden is still encouraged to file his motion and detail any allegations that he feels would support a *timely* claim for relief under § 2255, taking care to explain what, specifically, he is asserting as unlawful or unconstitutional about his federal sentence that, if true, would support habeas relief. Harden is again advised that failure to file a timely petition could limit his ability to file a second or successive § 2255 motion.

**SO ORDERED** this   11th   day of October, 2019.

                               s/ William C. Griesbach
                              William C. Griesbach, Chief Judge
                              United States District Court - WIED